**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| JAMES MAIOHO, | ) |
| Plaintiff, | ) |
| | ) Case No.: 1:14-CV-1121 |
| v. | ) |
| AD ASTRA RECOVERY SERVICES, INC. | ) |
| Defendant. | ) |

### ORDER FOR DISMISSAL WITH PREJUDICE

Based upon the stipulation of the parties, and all files, records and proceedings herein,

**IT IS HEREBY ORDERED:**

That the above-captioned action shall be and is hereby dismissed with prejudice and on the merits without costs, disbursements or attorney fees to any party.

Dated: _____January 15_____, 2015

/s/ Robert Holmes Bell
Judge
United States District Court